STEFAN R. HANSON (California State Bar No. 228396)
Stefan.Hanson@verizon.net
419 Main Street, #265
Huntington Beach, California 92648
Telephone: (714) 374-8140
Facsimile: (714) 969-9983

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.P., A Minor, By and Through His Guardian Ad Litem, Anthony P., ANTHONY P. and SUSAN P.<br><br>Plaintiffs<br><br>vs.<br><br>NEWPORT-MESA UNIFIED SCHOOL DISTRICT,<br><br>Defendant | CASE NO. SACV07-1045<br><br>~~TEMPORARY RESTRAINING ORDER AND~~ ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

TO DEFENDANTS NEWPORT-MESA UNIFIED SCHOOL DISTRICT:

YOU (AND EACH OF YOU) ARE HEREBY ORDERED TO SHOW CAUSE at _4pm_ on _9.24.07_, or as soon thereafter as counsel may be heard in the courtroom of the Honorable _James V. Selna_, located at the United States District Court, Central District of California, Southern Division, 411 West Fourth Street, Santa Ana, CA 92701-4516 why you, your officers,

1

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

agents, servants, employees and attorneys and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from not permitting aides and supervisory personnel provided by the California certified non-public agency, Autism Spectrum Consultants from entering the campus of Newport Coast Elementary School and authorizing ASC to provide the minor child, B.P., with direct and supervisory services at the School and at B.P.'s home in conformity with B.P.'s 'stay-put' placement (20 U.S.C. § 1415 (j)) in the underlying action *Newport-Mesa Unified School District v. B.P.* California Office of Administrative Hearings Case No. N2007030660 as follows:

- 32 hours per week one-to-one shadow aide at school
- 10 hours in home ABA services
- Supervision 2 hours per week
- Therapist attendance at clinics 2 hours every other week
- 2 social skills groups per year
- 48 weeks per year

~~PENDING HEARING on the above~~ Order to Show Cause, you, your officers, agents, servants, employees and attorneys and all those in active concert or participation with you or them ARE HEREBY RESTRAINED AND ENJOINED from not permitting aides and supervisory personnel provided by the California certified non-public agency, Autism Spectrum Consultants from entering the campus of Newport Coast Elementary School and not authorizing ASC to provide the minor child, B.P., with direct and supervisory services at the School and at B.P.'s home in conformity with B.P.'s 'stay-put' placement (20 U.S.C. § 1415 (j)) in the underlying action *Newport-Mesa Unified School District v. B.P.* California California Office of Administrative Hearings Case No. ~~N2007030660 as follows:~~

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

- 32 hours per week one-to-one shadow aide at school
- 10 hours in home ABA services
- Supervision 2 hours per week
- Therapist attendance at clinics 2 hours every other week
- 2 social skills groups per year
- 48 weeks per year

(The above Temporary Restraining Order is effective on Plaintiff's filing an undertaking in the sum of $_____ ) The above Temporary Restraining Order is effective without the Plaintiff's filing any undertaking or security, because the court has determined that there ~~is no realistic likelihood of harm to Defendant from enjoining Defendant's conduct.~~ This Order to Show Cause and supporting papers must be *personally* served on Defendant no later than 9.14.07 ~~days before the date set for hearing,~~ and proof of service shall be filed no later than 9.18.07 ~~court days before the hear~~ing. Any response or opposition to this Order to Show Cause must be filed and personally served on Plaintiff's counsel no later than 9.19.07 *noon* ~~court days before the date set for~~ ~~hear~~ing, and proof of service shall be filed no later than 3 court days before the hearing. Optional reply to be filed, personally served not later than noon 9.21.07

DATED: 9.13.07

_____
UNITED STATES DISTRICT JUDGE

3

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION